IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| AMBER CARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | (Removal from Circuit Court |
| CITADEL FEDERAL SOLUTIONS, LLC, ) | Clinton County, 43rd Judicial |
| d/b/a FALCONTEK, ) | District Case No. 22CN-CC00070) |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

COMES NOW the Defendant Citadel Federal Solutions, LLC d/b/a FalconTek pursuant to 28 U.S.C. §§ 1331, 1441 & 1446, and hereby gives notice of removal of this action pending in the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri, St. Joseph Division. In support of the removal, Defendant states:

1. On December 16, 2022, Amber Carson commenced a civil action in the Circuit Court of Clinton County, Missouri, bearing Case No. 22CN-CC00070, against Defendant Citadel Federal Solutions, LLC d/b/a FalconTek. This action is removed pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants to the district court of the United States." This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 as it invokes a federal question under the Fair Credit Reporting Act, 15 U.S.C. § 1681p. Petition,[1] pp. 10-11, Count I. A case arises under federal law if its "well-pleaded complaint

---

[1] Because this action was originally filed in state court, Plaintiff's pleading is titled "Petition" in accordance with the nomenclature dictated by Mo. R. Civ. P. 55.01. Now that this case has been removed to federal court, Defendant will refer to Plaintiff's pleading as a "complaint" in accordance with Fed. R. Civ. P. 7.

establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." Franchise Tax Bd. of Cal. v. Construction Laborers Vacation Trust for S. Cal., 463 U.S. 1, 27–28, (1983).

2. Plaintiff's Petition along with a summons were alleged to have been served on Defendant on or about December 28, 2022.[2]

3. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt of the initial pleading on which the aforesaid action is based.

4. The above-referenced action is a civil action over which this court has jurisdiction pursuant to 28 U.S.C. § 1331 and is an action which may be removed to this court by the Defendant pursuant to 28 U.S.C. § 1441 and that this is a civil action involving a question of federal law.

5. Plaintiff's Petition filed in the state court action is attached hereto and incorporated herewith.

**WHEREFORE**, Defendant Citadel Federal Solutions, LLC, d/b/a FalconTek respectfully requests that the above titled action be removed from the Circuit Court of Clinton County, Missouri to the United States District for the Western District of Missouri, St. Joseph Division, and that this Court assume full jurisdiction over the cause herein provided by law.

---

[2] By filing this notice, Defendant does not waive service or sufficiency of process or consent to personal jurisdiction.

2

Case 5:23-cv-06015-DGK    Document 1    Filed 01/27/23    Page 2 of 3

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas  66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
    GREGORY P. GOHEEN    #58119

Attorneys for Defendant Citadel Federal Solutions, LLC d/b/a FalconTek

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a true and correct copy of the above and foregoing was sent to the below listed individuals on this the 27th day of January, 2022, by U.S. Mail, postage pre-paid.

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins, LLC
301 S. US 169 Hwy
Gower, Missouri 64454
Attorneys for Plaintiff

/s/ Gregory P. Goheen