IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| AMBER CARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-6015-DGK |
| ) | |
| CITADEL FEDERAL SOLUTIONS, LLC, ) | |
| d/b/a FALCONTEK, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

COMES NOW, Defendant Citadel Federal Solutions, LLC d/b/a FalconTek, pursuant to Fed.R.Civ.P. 68, provides notice of Plaintiff's acceptance of Defendant's Offer of Judgment dated April 10, 2023, and attached hereto as Exhibit A. A copy of Plaintiff's Notice of Acceptance of Offer of Judgment dated April 24, 2023 is attached hereto as Exhibit B.

WHEREFORE, pursuant to Fed.R.Civ.P. 68, judgment should be entered as set forth in the Offer of Judgment, Exhibit A hereto.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
GREGORY P. GOHEEN #58119

Attorneys for Defendant Citadel Federal Solutions, LLC d/b/a FalconTek

# CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins, LLC
301 S. US 169 Hwy
Gower, Missouri 64454
Attorneys for Plaintiff

                /s/ Gregory P. Goheen