IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| AMBER CARSON,<br>Individually and on behalf of all others,<br><br>Plaintiff,<br><br>v.<br><br>CITADEL FEDERAL SOLUTIONS, LLC<br>d/b/a FalconTek,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil No. 5:23-cv-06015-DGK<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that judgment is entered pursuant to the Offer and Acceptance of Judgment (Doc. 26).


May 23, 2023                                    Paige Wymore-Wynn
Dated                                                   Clerk of Court

May 23, 2023                                    /s/ Tracy Strodtman
Entered                                                (by) Deputy  Clerk